# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>         V.<br><br>JOSEPH RODRIGUEZ,<br><br>                    Defendant. | Criminal Case No. 16CR1070-LAB<br><br>ORDER ADOPTING FINDINGS<br><br>AND RECOMMENDATION |

   No objections having been filed, **IT IS ORDERED** that the Findings and Recommendation of the Magistrate Judge are adopted and this Court accepts Defendant's PLEA OF GUILTY to Counts(s) TWO of the Indictment and confirms Defendant's entry into the Diversion Program.

Dated:   August 4, 2016

*Larry A. Burns*
_____
Larry Alan Burns
United States District Judge

16CR1070-LAB